# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING,**<br>Plaintiff,<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT,**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-1995** |
| **REBECCA CARTEE-HARING,**<br>Plaintiff,<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT,**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 22-4019** |

## ORDER

**AND NOW**, this 4th day of January, 2023, following a pretrial conference with counsel on this date, it is hereby **ORDERED**:

1. Civil Action No. 20-1995 and Civil Action No. 22-4019 are **CONSOLIDATED** for all further proceedings. All documents filed in Civil Action No. 22-4019 shall be **TRANSFERRED** to Civil Action No. 20-1995.

2. Civil Action No. 22-4019 shall be marked **CLOSED** by the Clerk of Court. All future filings shall be docketed in Civil Action No. 20-cv-1995.

3. Counsel shall file either a joint status report or separate status reports by **March 15, 2023**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**